UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                        CASE NO: 2:15-cr-66-FtM-29CM

JESUS RESENDIZ-GUEVARA
_____

**OPINION AND ORDER**

On October 21, 2015, United States Magistrate Judge Carol Mirando submitted a Report and Recommendation (Doc. #26) recommending that Defendant's Motion to Dismiss (Doc. #22) be granted and the Indictment (Doc. #1) dismissed without prejudice. No objections were filed, and the time to file objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).  A district court may not reject the credibility determinations of a magistrate judge without personally rehearing disputed testimony from the witness. Powell, 628 F.3d at 1256-58.

After reviewing the Report and Recommendation, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge. Accordingly, the Court will adopt the Report and Recommendation and dismiss the Indictment.

Accordingly, it is now

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. #26) is **adopted**, and it is specifically incorporated into this Opinion and Order.

2. Defendant's Motion to Dismiss (Doc. #22) is **granted**.

3. The Indictment (Doc. #1) is dismissed without prejudice and the Clerk is directed to terminate all deadlines and close this case.

**DONE and ORDERED** at Fort Myers, Florida, this ___12th___ day of November, 2015.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
Counsel of Record
DCCD